**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **18-06291-jw**

### ORDER ON MOTION TO DISMISS CASE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**03/05/2019**



*signature: John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 03/06/2019

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 18-06291-jw |
| | ) | |
| Terry Wayne Strickland, | ) | Chapter 12 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER DISMISSING DEBTOR'S CHAPTER 12 CASE

This matter comes before the Court on the Chapter 12 Trustee's Motion to Dismiss filed February 5, 2019. The motion was properly served on the Debtor, Debtor's counsel, United States Trustee, and all creditors of the Debtor and no objections have been filed. Therefore, based upon grounds of the Trustee's motion, the Debtor's Chapter 12 case is hereby dismissed.

AND IT IS SO ORDERED.